UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Pov B.,

Civ. No. 26-3192 (PAM/EMB)

Petitioner,

v.

**ORDER**

Markwayne Mullin, Secretary, Department of Homeland Security; Todd Blanche, Attorney General; David Venturella, Acting Director, Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office U.S. Immigration and Customs Enforcement,

Respondents.

---

This matter is before the Court on Petitioner's Motion for Leave to Proceed in forma pauperis on appeal. Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and the Application, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Application to Proceed In Forma Pauperis on Appeal (Docket No. 12) is **GRANTED**.

Dated: August 28, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge